AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of New Mexico

| | |
|---|---|
| Crystal Little, Sherii Miera, Vanessa Jaramillo, Jacob Christison, Stephen Chavez, Samantha Cooke, Israel Sisneros, Nevada Cavallo-Sanchez, Colin Kelly, Felisha Chavez, and Heather Carnes,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF ALBUQUERQUE<br><br>*Defendant(s)* | Civil Action No. 1:25-CV-737 KRS-SCY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CITY OF ALBUQUERQUE
Ethan Watson, City Clerk
600 2nd Street NW
Albuquerque, NM 87102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   YOUTZ & VALDEZ, P.C.
Shane Youtz, Stephen Curtice, James Montalbano, Grace Rhodehouse Barberena
900 Gold Ave. SW
Albuquerque, NM 87102
(505) 244-1200
shane@youtzvaldez.com; stephen@youtzvaldez.com; james@youtzvaldez.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, August 05, 2025             Denisse Romero
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-737 KRS-SCY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Albuquerque c/o Ethan Watson, City Clerk

was received by me on *(date)* Aug 6th, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ethan Watson City Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* City of Albuquerque on *(date)* Aug 7th, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/11/25

Server's signature

Michael Black   Process Server
Printed name and title

Served 2 Perfection
PO Box 65399 Albuq, NM 89173
Server's address

Additional information regarding attempted service, etc: